# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SWARNER HILL, | } |
| Plaintiff, | } |
| v. | } Case No.: 2:12-CV-2197-RDP |
| SANTANDER CONSUMER USA, INC., | } |
| Defendant. | } |

## ORDER

This matter is before the court on Defendant's Motion to Compel Arbitration and Dismiss Action (Doc. # 7), filed July 17, 2012. Plaintiff's counsel has informed the court that Plaintiff does not oppose pursuing his action in arbitration, but does oppose dismissal of the case. Plaintiff asserts that the case should be stayed. It is the court's general practice when compelling arbitration to dismiss the case without prejudice to the right of the prevailing party to enforce any arbitration award, even where dismissal is not sought. Therefore, Motion to Compel Arbitration and Dismiss Action (Doc. # 7) is **GRANTED**. It is **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** to the right of the prevailing party to enforce any arbitration award.

Each party shall bear its own costs herein.

**DONE** and **ORDERED** this  27th  day of July, 2012.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE